■ JENNY BERESFORD, Respondent, v WASIF WAHEED, Appellant. [732 NYS2d 374] —In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Kings County (I. Aronin, J.), dated May 31, 2001, which, upon reargument, *inter alia,* granted the plaintiff's motion for leave to enter a judgment upon his failure to appear or answer.

Ordered that the order is affirmed, with costs.

It is well settled that a defendant seeking to successfully oppose a motion for leave to enter a judgment upon the failure to serve an answer must demonstrate a reasonable excuse for his delay and the existence of a meritorious defense (*see, Gurreri v Village of Briarcliff Manor,* 249 AD2d 508). The defendant failed to demonstrate either element (*see, Miles v Blue Label Trucking,* 232 AD2d 382; *Martyn v Jones,* 166 AD2d 508; *Peters v Pickard,* 143 AD2d 81; *see also, Jeremic v Tong,* 283 AD2d 461; *Guinan v Suhak Lee,* 279 AD2d 507), and the Supreme Court, therefore, upon reargument, properly granted the plaintiff's motion. Santucci, J. P., Florio, H. Miller and Cozier, JJ., concur.